**United States Court of Appeals**
**for the Ninth Circuit**
U.S. FEDERAL COURTHOUSE
550 WEST FORT STREET, ROOM 667
BOISE, IDAHO 83724-0040

Chambers of
STEPHEN S. TROTT
United States Circuit Judge

TEL: (208) 334-1612
FAX: (208) 334-9715

July 20, 2004

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
   Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:   Response to Request For Additional Information Regarding
      Calendar Year 2003 Financial Disclosure Report

Dear Judge Lisi:

1.     In Part IV, line 1, the 7th District Bar Association Expense reimbursement
      was for transportation and food.

2.     In Part VII, page 2, line 22, we listed "SPDR Trust Unit Ser I SPY," but we
      did not include any information under "D. Transactions during reporting
      period." This was an oversight that created the impression that this asset
      was owned during the previous reporting period, which it was not.
        •    Under D.(1), we should have stated "Bought."
        •    Under D.(2), "3/03"
        •    Under D.(3), "J."

3.     In Part VII, page 1, lines 1, 5, and 8, page 2, lines 21, 24, 28, and 31, and
      page 3, line 37, we listed information for these assets in Column C., creating
      the mistaken impression that these assets had not been fully disposed of
      during the reporting period. Each of these entries under Column C. should
      have been blank because these assets were entirely disposed of, as indicated
      in Column D. respectively.

4.     In Part VII, page 2, line 30, Column D.(3) was inadvertently left blank. It
      should have indicated "K" to show value.

Hon. Mary M. Lisi, Chair
July 20, 2004
Page 2

5.   In Part VII, page 3, line 42 of our 2002 report, we listed "Vanguard Mun Bond Fd Intmed Term VWITX." Contrary to your assertion that this asset is not listed in our 2003 report, we believe you will find it in Part VII, page 1, line 14.

Should you need any additional information, we will be pleased to provide it to you.

Stephen S. Trott
Circuit Judge

RECEIVED
JUL 33 10 25 AM '04
FINANCIAL
DISCLOSURE OFFICE

| A#-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle Initial) TROTT, Stephen S | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge, Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Courthouse 550 W. Fort Street, Room 667 Boise, Idaho 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Children's Home Society of Idaho |
| 2. | Board Member | Boise Philharmonic Association & Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | Vested interest in a retirement plan maintained by L.A. County, CA, where I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |

RECEIVED May 5 11 52 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Los Angeles County, California Retirement | 10,000.00 |
| 2. | | "Highwaymen" Record Sales | 10,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 05/06/03 - 05/08/03 7th District Bar Association / Idaho Falls, Idaho | SPEAKER / Expenses |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE -- (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Artisan FDS Inc Intl Fund ARTIX | A | Dividend | J | T | Sold | 11/20 | J | A | |
| 2. Janus Invt Fund Mid Cap* JMIVX (formerly Berger) | A | Dividend | J | T | | | | | |
| 3. Dreyfus Appreciation Fund DGAGX | A | Dividend | J | T | | | | | |
| 4. FMI FDS Focus Fund FMIOX | A | Dividend | J | T | | | | | |
| 5. Goldman Sachs - TR Finl Square Market Fund FSMXX | A | Dividend | J | T | Sold | 7/14 | J | A | |
| 6. Julius Baer Invt Fonds JIBIX | A | Dividend | J | T | Bought | 11/21 | | | |
| 7. ING Fund Int Value NIIVX | A | Dividend | J | T | | | | | |
| 8. Morgan Stanley Funds MPVLX | A | Dividend | J | T | Sold | 5/13 | J | A | |
| 9. Royce Premier Fund RYPRX | A | Dividend | J | T | | | | | |
| 10. TCW Galileo Funds Select TGCEX | A | Dividend | J | T | Sold Partial | 7/14 | J | A | |
| 11. TCW Galileo Funds Select TGCEX | A | Dividend | J | T | Sold Partial | 10/13 | J | A | |
| 12. T Rowe Price Mid Ca RPMGX | A | Dividend | J | T | | | | | |
| 13. Torray Fund TORRX | A | Dividend | J | T | Bought | 5/14 | | | |
| 14. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | | | | | |
| 15. Vanguard Muni Bnd Fnd Lmtd Trm Tax Exempt VMLTX (sep pur)** | A | Dividend | J | T | | | | | |
| 16. Vanguard Municipal Bond Fund Limited Term Tax Exempt VMLTX | A | Dividend | J | T | Bought | 5/14 | | | |
| 17. Vanguard/Windsor Fund VWNFX | A | Dividend | J | T | | | | | |
| 18. Bonds - Boise Idaho Waste Water | A | Interest | J | T | Bought | 3/04 | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Bonds - Canyon County Idaho School | A | Interest | K | T | | | | | |
| 20. Bonds - Idaho Housing & Finance Association | A | Interest | J | T | | | | | |
| 21. Bonds - Idaho State Building Auth | A | Interest | J | T | Redemptio | 3/03 | J | A | |
| 22. SPDR Trust Unit Ser 1 SPY | A | Dividend | J | T | | | | | |
| 23. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | J | T | | | | | |
| 24. Artisan FDS Fund ARTIX | A | Dividend | J | T | Sold | 11/20 | K | B | |
| 25. Janus Invt Fund Mid Cap* JMTVX (formerly Berger) | A | Dividend | J | T | | | | | |
| 26. Dreyfus Appreciation Fund DGAGX | A | Dividend | J | T | | | | | |
| 27. FMI FDS Focus Fund FMIOX | A | Dividend | J | T | | | | | |
| 28. Goldman Sachs TR Finl Square Market Fund FSMXX | A | Dividend | J | T | Sold | 10/14 | J | A | |
| 29. ING Fund Intl Value Fund NIVX | A | Dividend | J | T | | | | | |
| 30. Julius Baer Invt Funds Intl Equity JIEIX | A | Dividend | K | T | Bought | 11/21 | | | |
| 31. Morgan Stanley Funds MPVLX | A | Dividend | J | T | Sold | 5/13 | J | A | |
| 32. PIMCO Funds Pac Int PTTRX | A | Dividend | K | T | | | | | |
| 33. Royce Premier Fund RYPRX | A | Dividend | J | T | | | | | |
| 34. TCW Galileo Funds Inc TGCEX | A | Dividend | J | T | Partial Sale | 10/13 | J | A | |
| 35. Torray Fund TORRX | A | Dividend | J | T | Bought | 5/14 | J | A | |
| 36. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Vanguard Bond Index VBMFX | A | Dividend | J | T | Sold | 9/15 | K | A | |
| 38. Vanguard/Windsor VWNFX | A | Dividend | J | T | | | | | |
| 39. Western Asset Core WATFX | A | Dividend | K | T | Bought | 9/16 | | | |
| 40. Janus Fund JANSX | B | Dividend | K | T | | | | | |
| 41. Janus Growth & Income JAGIX | B | Dividend | K | T | | | | | |
| 42. IRA - US Bank Cash Equivalent | D | Interest | K | T | | | | | |
| 43. *Name Change from Berger to Janus Invt Fund Mid Cap | | | | | | | | | |
| 44. **Separate Purchases (lines 14 & 15 are separate purchases) | | | | | | | | | |

████████ separate assets are held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII — This belongs to ████████ and is █ separate asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TROTT, Stephen S | 5/3/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____ 5/3/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544